PHILLIP A. TALBERT
Acting United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**

May 20, 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-mj-00048-EPG |
|---|---|
| Plaintiff, | **UNDER SEAL** |
| v. | |
| RICHARD CHARLES THOMAS, JR., | ORDER SEALING COMPLAINT AND ARREST WARRANT |
| Defendant. | |

The United States having applied to this Court for a complaint and arrest warrant in the above-captioned proceedings and having applied for the complaint and warrant to remain under seal in order to prevent the destruction of evidence and flight of the target of the investigation,

IT IS ORDERED that the complaint and arrested warrant filed in the above-entitled matter shall be filed with this Court under seal and not be disclosed pending further order of this court.

Dated: May 20, 2021

Hon. Erica P. Grosjean
U.S. MAGISTRATE JUDGE

Order Sealing Complaint and Arrest Warrant   1