HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561

Attorneys for Defendant
RICHARD CHARLES THOMAS JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD CHARLES THOMAS JR,<br><br>Defendant. | No. 1: 21-cr-00158-JLT-SKO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE, ORDER<br><br>DATE: October 5, 2022<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

    IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for August 3, 2022, at 1:00 p.m., may be continued until October 5, 2022, at 1:00 p.m., before the Honorable Sheila K. Oberto. The government has produced discovery to defense counsel. Defense counsel has further investigation to perform in this case. Additionally, the parties are exploring a potential resolution in this case. The parties agree that time under the Speedy Trial Act shall be excluded through October 5, 2022, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

//

//

//

//

STIPULATION AND [PROPOSED] ORDER

The parties further agree that the ends of justice served by taking this action outweigh the best interests of the public and of the Defendant to a speedy trial.

IT IS SO STIPULATED.

Dated: July 28, 2022

/s/ Jaya Gupta
JAYA GUPTA
Assistant Federal Defender

Counsel for Defendant Richard Charles Thomas, Jr.

Dated: July 28, 2022

/s/ Jessica Massey
JESSICA MASSEY
Assistant United States Attorney

Counsel for Plaintiff
United States of America

### **ORDER**

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for August 3, 2022, at 1:00 p.m. is continued October 5, 2022, at 1:00 p.m., before the Honorable Sheila K. Oberto. The period through October 5, 2022, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

DATED: 8/1/2022

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE