PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00158-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| RICHARD CHARLES THOMAS, JR., | CURRENT DATE: December 5, 2023 |
| Defendant. | TIME: 8:30 a.m.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and RICHARD CHARLES THOMAS, JR., by and through defendant's counsel of record, Daniel Harralson, hereby stipulate as follows:

1.  By previous order, this matter was set for jury trial on December 5, 2023.

2.  By this stipulation, defendant now moves to continue the jury trial until March 26, 2024, and to exclude time between December 5, 2023, and March 26, 2024, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

3.  While the parties anticipate that the case may resolve without a trial, this is not yet a certainty. If defendant ultimately does not enter a guilty plea and decides to proceed to trial, the parties agree and stipulate, and request that the Court find the following:

    a)  The government asserts the discovery associated with this case includes reports,

photographs, and recordings; discovery has been provided to defense counsel.  The government is aware of its ongoing discovery obligations.

   b) The Court is unavailable on the current jury trial date of December 5, 2023, and the parties have agreed to continue the jury trial to March 26, 2024.

   c) Additionally, counsel for defendant has another jury trial in November that has been consuming his time, and he needs additional time to consult with his client to answer some questions his client has communicated, to review the current charges, to conduct investigation and research related to the charges, to review and/or copy discovery for this matter, to discuss potential resolutions with her client, to prepare pretrial motions, and to otherwise prepare for trial.

   d) Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e) The government does not object to the continuance.

   f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 5, 2023 to March 26, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

   IT IS SO STIPULATED.

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated: November 16, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ KIMBERLY A. SANCHEZ
KIMBERLY A. SANCHEZ
Assistant United States Attorney

Dated: November 16, 2023

/s/ DANIEL HARRALSON
DANIEL HARRALSON
Counsel for Defendant
RICHARD CHARLES
THOMAS, JR.

## FINDINGS AND ORDER

IT IS SO FOUND that the ends of justice are served by requested continuance.

IT IS FURTHER FOUND that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and that time is deemed excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: **November 16, 2023**

UNITED STATES DISTRICT JUDGE