PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
CODY CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD CHARLES THOMAS, JR.,<br><br>Defendant. | CASE NO. 1:21-CR-00158-JLT-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and RICHARD CHARLES THOMAS, JR., by and through defendant's counsel of record, Daniel Harralson, hereby stipulate as follows:

1.  By previous order, this matter was set for jury trial on November 13, 2024.

2.  By this stipulation, defendant now moves to vacate the jury trial and set a change of plea hearing for Monday, October 21, 2024 at 9:00 a.m., and to exclude time between the date of the Order and October 21, 2024, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

    a)  The parties have reached a plea agreement and filed an executed plea agreement. Dkt. 64.

    b)  The government does not object to the continuance.

    c)  Based on the above-stated findings, the ends of justice served by setting the case

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

change of plea hearing and vacating the trial date as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        d)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this order to October 21, 2024 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 10, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ KIMBERLY A. SANCHEZ
KIMBERLY A. SANCHEZ
Assistant United States Attorney

Dated:  October 10, 2024

/s/ DANIEL HARRALSON
DANIEL HARRALSON
Counsel for Defendant
RICHARD CHARLES THOMAS, JR.

**FINDINGS AND ORDER**

IT IS SO FOUND that the ends of justice are served by requested continuance.

IT IS FURTHER FOUND that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and that time is deemed excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS ORDERED that the jury trial set for November 13, 2024 is vacated and a change of plea

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

hearing is set for October 21, 2024 at 9:00 a.m., and that the time period from the date of this Order to and through October 21, 2024 be excluded from the time in which trial must commence.

IT IS SO ORDERED.

Dated: __October 10, 2024__

UNITED STATES DISTRICT JUDGE