**DANIEL L. HARRALSON,** Bar #109322
Law Office of Daniel L. Harralson
Post Office Box 26688
Fresno, California 93729-6688
Telephone: (559) 486-4560
Facsimile: (559) 486-4320
harralsonlaw@sbcglobal.net

Attorneys for Defendant: **Richard Charles Thomas, Jr.**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>RICHARD CHARLES THOMAS, JR.<br><br>　　　　　　　　Defendant. | Case No: 1:21-CR-00158-JLT-SKO<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; AND ORDER**<br><br>Sentencing Date: April 7, 2025<br>Time: 9:00 a.m.<br>Courtroom: 4 |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the Sentencing Hearing in the above captioned matter now set for April 7, at 9:00 a.m., may be continued to April 21, 2025, at 8:30 a.m., in Department 4 of the United States District Court.

　　　The continuance is requested by counsel for Defendant, Richard Charles Thomas, Jr., to allow additional time for the preparation of a Defense Informal Objections on Defendant's behalf.

\\\
\\\
\\\

1
US v. RICHARD CHARLES THOMAS, JR.
Stipulation to Continue Sentencing Hearing and Proposed Order

**IT IS SO STIPULATED.**

                                                LAW OFFICE OF DANIEL L. HARRALSON

Dated March 5, 2025              /s/ Daniel L. Harralson
                                                Daniel L. Harralson, Esq.
                                                Attorney for Defendant, Richard Charles Thomas, Jr.

                                                PHILLIP A. TALBERT
                                                United States Attorney

Dated March 5, 2025              /s/ Cody S. Chapple
                                                Cody S. Chapple
                                                Assistant United States Attorney

-------------------------------------------------------------------

# ORDER

-----

*IT IS HEREBY ORDERED*.   That the Sentencing Hearing of April 7, 2025, at 9:00 a.m., be continued to April 21, 2025 at 9:00am.

IT IS SO ORDERED.

Dated:   **March 6, 2025**                                      /s/ Jennifer L. Thurston
                                                            UNITED STATES DISTRICT JUDGE