**DANIEL L. HARRALSON,** Bar #109322
Law Office of Daniel L. Harralson
Post Office Box 26688
Fresno, California 93729-6688
Telephone: (559) 486-4560
Facsimile: (559) 486-4320
harralsonlaw@sbcglobal.net

Attorneys for Defendant: **Richard Charles Thomas, Jr.**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>RICHARD CHARLES THOMAS, JR.<br><br>　　　　　　　　　Defendant. | Case No: 1:21-CR-00158-JLT-SKO<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; AND ORDER**<br><br>Sentencing Date: April 21, 2025<br>Time: 9:00 a.m.<br>Courtroom: 4 |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the Sentencing Hearing in the above captioned matter now set for April 21, 2025, at 9:00 a.m., may be continued to June 23, 2025, at 9:00 a.m., in Courtroom 4 of the United States District Court.

　　　The continuance is requested by counsel for Defendant, Richard Charles Thomas, Jr., to allow additional time for the preparation of a Defense Informal Objections on Defendant's behalf.

\\\
\\\
\\\

**IT IS SO STIPULATED.**

                                     LAW OFFICE OF DANIEL L. HARRALSON

Dated March 24, 2025           /s/ Daniel L. Harralson
                                     Daniel L. Harralson, Esq.
                                       Attorney for Defendant, Richard Charles Thomas, Jr.

                                     PHILLIP A. TALBERT
                                     United States Attorney

Dated March 24, 2025           /s/ Cody S. Chapple
                                     Cody S. Chapple
                                     Assistant United States Attorney

---

# ORDER

-----

*IT IS HEREBY ORDERED*. That the Sentencing Hearing of April 21, 2025, at 9:00 a.m., be continued to June 23, 2025, at 9:00 am in Courtroom 4.

IT IS SO ORDERED.

Dated:  **March 25, 2025**                                                      
                                                              UNITED STATES DISTRICT JUDGE